UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 15 |
| MOOD MEDIA CORPORATION, *et al.*, | ) Case No. 17-11413 (MEW) |
| Debtors in a Foreign Proceeding | ) |
| Debtors. | ) (Jointly Administered) |

**ERRATA ORDER**
**BENCH DECISION REGARDING (I) PETITIONS FOR RECOGNITION OF FOREIGN PROCEEDINGS, (II) RECOGNITION OF FOREIGN REPRESENTATIVE, AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

The Bench Decision, dated June 28, 2017 [Dkt # 43] in the above-captioned Chapter 15 case, should be corrected as follows:

On page 1, in the caption, the name of the case should be corrected to read "MOOD MEDIA CORPORATION, *et al.*, Debtors in a Foreign Proceeding". For the avoidance of doubt, "*et al.*," should be added after MOOD MEDIA CORPORATION, and "Debtor" should be changed to "Debtors".

On page 2, in the appearance section, right before the listing of the Judge, amend the list of appearing law firms to include the following:

> BOND, SCHOENECK & KING, PLLC
> *Attorneys for Creditor Info-Hold, Inc*.
> One Lincoln Center
> Syracuse, New York 13202
>     By: Sara C. Temes, Esq.
>         Sarah M. Harvey, Esq.

On page 7, in the second full paragraph, three lines up from the bottom of that paragraph,

the word "Candian" should be corrected to read "Canadian".

Dated:  New York, New York
       June 29, 2017

                                          /s/ **Michael E. Wiles**
                                          UNITED STATES BANKRUPTCY JUDGE